CASE#:  15-C-543           Sub Code:                         Date Opened: 09/01/2015

JUDGE:  RUSSELL M. CLAWGES, JR.

Plaintiff:   STEPHANIE CULLITON
vs
Defendant:   QUICKEN LOANS INC

Pro Attorney:  CHARLES R. PINKERTON
Def Attorney:

| Page | Date | Memorandum | Account# | Earned | Collected | Balance |
|---|---|---|---|---|---|---|
| 1 | 09/01/2015 | Complaint Filed | | 200.00 | 200.00 | .00 |
| 2 | 09/01/2015 | Process Issued Cert/Mail | | 20.00 | 20.00 | .00 |
| 3 | 09/14/2015 | CM Green Card signed by ? for Quciken Loans 9/11/15 | | .00 | .00 | .00 |
| | | | Totals | 220.00 | 220.00 | .00 |

EXHIBIT A